UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF MINNESOTA ex rel. WILLIAM L. SCHWANDT,<br><br>Relator,<br><br>v.<br><br>COMPLEMENTARY SUPPORT SERVICES; CSS SOUTH, LLC; CSS CENTRAL, LLC; CSS NORTH, LLC, CSS METRO, LLC, CLINICAL SUPPORT SERVICES, LLC; TERI DIMOND; and HERBERT STOCKLEY<br><br>Defendants. | Case No. 13-CV-1018 (PJS/BRT)<br><br>ORDER |

Based upon the Stipulation for Dismissal filed by the parties on June 16, 2017 [ECF No. 95],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: June 19, 2017        s/Patrick J. Schiltz
                            Patrick J. Schiltz
                            United States District Judge